E-FILED
Monday, 03 October, 2005  11:44:18 AM
Clerk, U.S. District Court, ILCD

Honorable Judge Joe B. McDade

03-40023

FILED
OCT 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Hi my name is LeVar M. Crawford i don't know if you remember me but you sentence me about two years ago to 292 months. I recently talked to my lawyer and he told me that my rule 35 motion had been filed on behalf of the government. I don't know if you remember, but shortly after i was sentence i wrote you a letter. And in that letter i took complete responsibility for my actions. I also told you, that i needed to and wanted to change my life. I don't know if you guys obtain our prison records or not, but i'm more than happy to let you know that i kept my word. For the past 30 months that i been detained i've managed to receive over 20 certificates in various studies (A.C.E classes, Drug classes, parenting classes, ect) I also got a

year in vocational training (in which is on pause because of the writ that i'm on). But the most important thing is, i gave my life to God! I was baptize early this year and i can honestly say that, i have completely changed my life. I am in no way trying to say that i have became this perfect person, but i have become a better one. Your Honor if you take a look at my prison records you would see that everything i'm saying is the truth. I've even been paying my fine on time and staying disciplinary freed. I know that it shouldn't have took prison for me to get myself together, but sometimes we got to learn life's lessons the hard way. And i am not exempt. Your Honor, i can truly say that, when i come out of here i'm going to be a better person. I realize now that i have to be, i got a son that turning 9 yrs old

this year and i got to be there for him spiritually, emotionally, & physically its my job to.

Well Your Honor, i just wanted to give some insight on what i've been up to. I wanted to send you copies of my certificates & my team progress report, but i'm in Kansas C.C.A waiting to get transported back to springfield, MO where i'm currently serving my time.

Your Honor i would like to thank you for taking the time out to read this letter. I know that you get them all the time, but i ask you sincerely to ponder the things in which i talked about.

Respectfully
LeVar M. Crawford