E-FILED
Thursday, 12 October, 2006  09:29:42 AM
Clerk, U.S. District Court, ILCD

Honorable Joe B. M^c Dade

**FILED**

OCT 1 2 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Hello sir, how are you doing? This is LeVar M. Crawford and I'm writing you in regards of my rule 35. The motion was filed back in July of 2005. I was told by my attorney David Freimer that we where just waiting for a date to be set for the phone conference to take place.

So since we're waiting, i just wanted to write you and let you know some of the things that i'm been up to since i returned back to springfield, ill.

Well first of all, i'm still attending church & bible classes on a regular. I've also gotten into a typing class and i'm waiting for a spot in the computer class. I've participated in a mock job fair where we did resume's & a interview class. I've been doing some physical fitness classes as well. Judge M^c Dade i'm in a institution where there just isn't to many educational programs offered. But the things that they do have and that i'm able to participate in i do. I've been truly trying to make the best of this experience because i hope & pray that its one that i'll never have to experience again.

Judge McDade, i wrote you about a year and a half ago when i was out on my court writ.

```
    SPGQI            *              INMATE EDUCATION DATA        *        07-31-2006
    PAGE 001 OF 001  *                 TRANSCRIPT               *        12:35:33

    REGISTER NO: 13105-026     NAME..: CRAWFORD                      FUNC: PRT
    FORMAT.....: TRANSCRIPT     RSP OF: SPG-SPRINGFIELD USMCFP

    -------------------------- EDUCATION INFORMATION --------------------------
    FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
    SPG   ESL HAS    ENGLISH PROFICIENT            10-17-2003 0001 CURRENT
    SPG   GED HAS    COMPLETED GED OR HS DIPLOMA   11-10-2003 0001 CURRENT

    -------------------------- EDUCATION COURSES ---------------------------
```

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|------------|-----------|------|----|----|-----|
| SPG CAD | SPANISH-EVENINGS | 05-02-2006 | CURRENT | | | | |
| SPG CAD | BEGINNING TYPING CLASS | 07-31-2006 | CURRENT | | | | |
| SPG CAD | RPP#3 FINANCIAL PLANNING | 06-29-2006 | 06-29-2006 | P | C | P | 1 |
| SPG CAD | ACE STUDY SKILLS | 05-10-2006 | 06-29-2006 | P | C | P | 16 |
| SPG CAD | CONDITIONING WITH MEDICINE BAL | 04-16-2006 | 05-21-2006 | P | C | P | 15 |
| SPG CAD | INDOOR CYCLING CLASS | 04-16-2006 | 05-21-2006 | P | C | P | 15 |
| SPG CAD | JOURNEYMAN CARPENTER PROGRAM | 06-10-2004 | 09-15-2005 | P | P | A | 1500 |
| SPG CAD | VT-SMALL ENGINE REPAIR | 05-20-2004 | 08-05-2005 | P | W | I | 8 |
| SPG CAD | ACE CLASS-RICHARD NIXON | 03-11-2005 | 04-29-2005 | P | W | I | 1 |
| SPG CAD | ACE CLASS-LYNDON JOHNSON | 02-25-2005 | 03-07-2005 | P | C | P | 4 |
| SPG CAD | JAPANESE EMPIRE II | 02-24-2005 | 02-28-2005 | P | C | P | 2 |
| SPG CAD | JAPANESE EMPIRE I | 02-22-2005 | 02-25-2005 | P | C | P | 2 |
| SPG CAD | THE KENNEDYS ACE COURSE | 02-02-2005 | 02-24-2005 | P | C | P | 4 |
| SPG CAD | LIONS & CROCODILES ACE COURSE | 02-01-2005 | 02-03-2005 | P | C | P | 2 |
| SPG CAD | ACE ADVANCED SHARKS ACE COURSE | 01-27-2005 | 02-01-2005 | P | C | P | 2 |
| SPG CAD | RELIGIOUS-CULTURAL STUDY-15HRS | 12-27-2004 | 01-27-2005 | P | C | P | 15 |
| SPG CAD | NATURE - 15 HRS | 11-23-2004 | 12-27-2004 | P | C | P | 15 |
| SPG CAD | AMER HISTORY 1866-1913 - 15HRS | 09-03-2004 | 10-14-2004 | P | C | P | 15 |
| SPG CAD | GLORY ACE COURSE | 08-24-2004 | 09-20-2004 | P | C | P | 2 |
| SPG CAD | 1 HR ABS CLASS,SU-W, 4:30 P.M. | 07-25-2004 | 08-24-2004 | P | C | P | 15 |
| SPG CAD | WUTHERING HEIGHTS ACE COURSE | 08-12-2004 | 08-23-2004 | P | C | P | 2 |
| SPG CAD | THE UNDERGROUND RAIL ROAD | 08-18-2004 | 08-23-2004 | P | C | P | 2 |
| SPG CAD | MAN WHO KNEW AL QAEDA - ONEILL | 08-17-2004 | 08-23-2004 | P | C | P | 2 |
| SPG CAD | MALCOLM X ACE COURSE | 08-06-2004 | 08-13-2004 | P | C | P | 4 |
| SPG CAD | EDGAR ALLEN POE ACE COURSE | 08-04-2004 | 08-13-2004 | P | C | P | 2 |
| SPG CAD | EMILY DICKINSON ACE COURSE | 08-05-2004 | 08-13-2004 | P | C | P | 2 |
| SPG CAD | ANCIENT HISTORY - 20 HOURS | 05-20-2004 | 08-13-2004 | P | C | P | 20 |
| SPG CAD | 4 WEEK - 40 HR PARENTING CLASS | 07-01-2004 | 07-19-2004 | P | C | P | 40 |
| PEK | GED MATH - ACE | 01-08-2004 | 02-12-2004 | P | C | P | 12 |
| PEK | FITNESS OVER 40 CLASS | 11-28-2003 | 01-12-2004 | P | C | P | 15 |

```
    G0000       TRANSACTION SUCCESSFULLY COMPLETED
```



# Certificate of Baptism

This Certifies

that **Lavar Crawford**

born **September 15,** 19 **78**

was baptized

in the Name of the Father, and of the Son, and of the Holy Spirit,

on the **16th** day of **January** in the year of the Lord 2005,

at **God's House of Hope**

by **Chaplain Timothy Fry**

Date of Certificate **September 29, 2006**

Signed *Chaplain Timothy Fry*

Go therefore and make disciples of all nations, baptizing them in the
name of the Father and of the Son and of the Holy Spirit.
Matthew 28:19





U. S. Medical Center for Federal Prisoners

*Springfield, Missouri*

*This Certifies*

# Levar Crawford

*participated in the MOCK JOB FAIR 2006*

"Success Begins Today"
and is hereby awarded this
Certificate of Participation
September 2006



T.J. Appleby, Unit Manager

J.E. Gunja, Warden

# Certificate of Completion

The United States Medical Center for Federal Prisoners
Springfield, Missouri
certifies that:

## Levar Crawford

has satisfactorily completed

## Hospice Volunteer Training (25 hrs)

and is hereby awarded this certificate the 17th day of September 2004.

Monta Breeden, MSW, LCSW

Associate Warden, Health Services

**Hospice Program**

# H. S. Medical Center, Springfield, Missouri

### This Certifies that

_Susie Crawford_

has completed 20 hours of Hospice Volunteer Training and is awarded this

## Certificate of Training

Date ___9-17-2004___

In Witness:

_M.A. Breeden RN BSW_

M. Breeden, Hospice Team Leader



# United States Medical Center

## Education Department

This certifies that

### Levar Crawford

has successfully completed the Education course entitled

## The Parenting Program (40 hours)

on this nineteenth day of July 2004.

Instructor

# Certificate of Completion

Let it be known that

## Le Var Crawford

has satisfactorily completed all required course work for the

## Choice & Change Drug Abuse Program

M. Gillum, M.S Drug Treatment Specialist

January 7, 2004

Leon A. Smith, Ph.D., D, A P C

# Certificate of Completion

## U.S. Medical Center for Federal Prisoners
### Springfield Missouri

*This certifies that:*

*Levar Crawford, 13105-026*

*Has satisfactorily completed*

## NR DAP Cognitive Skills (8 hrs.)

*and is hereby awarded this certificate, the 14th day of Aaugust , 2006.*

*David L. Schlink, Ph.d.*

*\* Department of Psychology\**



# Certificate of Completion

This certificate is presented

## Lebar Crawford

for completion of

### GED Math

inmate taught continuing education class

consisting of 12 hours of instruction

on this 18th day of February, 2004

Federal Correctional Institution



A. Konz, ACE Coordinator

William Creek, SOS



# United States Medical Center
# Education Department

This certifies that

## Levar Crawford

has successfully completed the Adult Continuing Education course entitled

### *Malcolm X*  (4 hours)

on this thirteenth day of August 2004.

_____
A.C.E. Coordinator

# United States Medical Center

## Education Department

This certifies that

### Levar Crawford

has successfully completed the Adult Continuing Education course entitled

### The Underground Railroad (2 hours)

on this twenty-third day of August 2004.



A.C.E. Coordinator

# United States Medical Center
# Education Department

This certifies that

## Levar Crawford

has successfully completed the Adult Continuing Education course entitled

## Religious & Cultural Studies (15 hours)

on this twenty-eighth day of January 2005.



A.C.E. Coordinator

# United States Medical Center

# Education Department



This certifies that

## Levar Crawford

has successfully completed the Adult Continuing Education course entitled

### American History 1866 - 1913    (15 hours)

on this twenty-second day of November 2004.

A.C.E. Coordinator

# Certificate of Completion

U.S. Medical Center for Federal Prisoners
Springfield Missouri

This certifies that:

Levar Crawford, 13105-025

*Has satisfactorily completed*

## Ancient Art of Meditation (2.5hrs.)

*and is hereby awarded this certificate, the 14th day of September, 2006.*

Mary Jo Meadow, Ph.D.

Mary L. Kinkade, M.P.A.

* Department of Psychology*

# United States Medical Center
## Education Department



This certifies that

## Levar Crawford

has successfully completed the Adult Continuing Education course entitled

### Nature   (15 hours)

on this twenty-seventh day of December 2004.

A.C.E. Coordinator

# United States Medical Center
# Education Department



This certifies that

## Levar Crawford

has successfully completed the Adult Continuing Education course entitled

### Glory: The 54th Massachusetts    (2 hours)

on this twentieth day of September 2004.

A.C.E. Coordinator

# United States Medical Center
## Education Department

This certifies that



### Lewar Crawford

has successfully completed the Adult Continuing Education course entitled

## Ancient History  (20 hours)

on this thirteenth day of August 2004.

_____
A.C.E. Coordinator

# United States Medical Center

## Education Department

This certifies that



### Trevor Crawford

has successfully completed the Adult Continuing Education course entitled

## The Man Who Knew Al Qaeda  (2 hours)

on this twenty-third day of August 2004.

A.C.E. Coordinator

*United States Medical Center*

*Education Department*

This certifies that

*Edgar Allan Poe*

has successfully completed the Adult Continuing Education course entitled

**Lexar Crawford**

on this thirteenth day of August 2004.

**(2 hours)**

A.C.E. Coordinator

# United States Medical Center

## Education Department

This certifies that



### Emily Dickinson

has successfully completed the Adult Continuing Education course entitled

### Levar Crawford  (2 hours)

on this thirteenth day of August 2004.

A.C.E. Coordinator

# United States Medical Center
## Education Department

This certifies that



## Ryan Crawford

has successfully completed the Adult Continuing Education course entitled

### The Kennedys (4 hours)

on this twenty-fourth day of February 2005.

A.C.E. Coordinator

# United States Medical Center
# Education Department

This certifies that



## Levar Crawford

has successfully completed the Adult Continuing Education course entitled

### *Lions & Crocodiles* (2 hours)

on this third day of February 2005.

A.C.E. Coordinator

# United States Medical Center
# Education Department

This certifies that

has successfully completed the Adult Continuing Education course entitled

## Levar Crawford

### *Sharks* (2 hours)

on this first day of February 2005.

A.C.E. Coordinator

# United States Medical Center

## Education Department



This certifies that

### Leoar Crawford

has successfully completed the Adult Continuing Education course entitled

### *Wuthering Heights* (2 hours)

on this twenty-third day of August 2004.

A.C.E. Coordinator

# United States Medical Center
# Education Department

This certifies that

## Lyndon Johnson

has successfully completed the Adult Continuing Education course entitled

### Levar Crawford

on this seventh day of March 2005.

(4 hours)

A.C.E. Coordinator

# United States Medical Center

## Education Department

This certifies that

### Lewis Crawford

has successfully completed the Adult Continuing Education course entitled

*Japanese Empire I* (2 hours)

on this twenty-fifth day of February 2005.

A.C.E. Coordinator

# United States Medical Center
# Education Department

This certifies that

## Levar Crawford

has successfully completed the Adult Continuing Education course entitled

### Japanese Empire II (2 hours)

on this twenty-eighth day of February 2005.

A.C.E. Coordinator



SPINNING

This certificate is awarded to

*L. Crawford*

For the completion of a fifteen hour
Spinning class

Signature

Date    05-21-06



# BALL DYNAMICS

This certificate is awarded to

*L. Crawford*

For the completion of a fifteen hour
Ball Dynamics class

Signature _____   Date _____

Signature _____   Date 05-31-06