UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEVAR M. CRAWFORD,<br><br>    Defendant. | CRIMINAL NO. 03-cr-40023<br><br><br>DEFENDANT'S MOTION<br>FOR REDUCTION IN SENTENCE<br>PURSUANT TO 18 USC § 3582©)(2) |

    Defendant LeVar Crawford, through counsel, moves for reduction in sentence prison pursuant to 18 USC § 3582©)(2). In support of this request, the defendant states as follows:

    1. On September 9, 2003, the Honorable Joe Billy McDade, sentenced the defendant to a term of 292 months in prison following the defendant's conviction for Conspiracy to Distribute Crack Cocaine. The sentence was based on the following sentencing guideline calculations:
        Offense level: 35    ?
        Criminal history category: VI ?
        Guideline range: 292 to 365
        [Reduction due to substantial assistance, departure or variance: PENDING

    2. The defendant is eligible for a two-level reduction in offense level because of the November 1, 2007, amendment to the sentencing guideline for crack cocaine and the U.S. Sentencing Commission's decision that the guideline amendment should apply retroactively.

    3. With this two-level reduction in offense level, the defendant's revised guideline range becomes 235 to 293 months. A sentence at the bottom of that revised range reduces the defendant's current sentence by 57 months.


Defendant LeVar Crawford has asked that the undersigned counsel file this motion on his

behalf.  The undersigned counsel has made a request for status hearing on pending Rule 35 hearing in writing to the Court.  The undersigned counsel further requests that Jonathan Hawley be appointed to represent the defendant on this motion and order the requested reduction in sentence  in addition to all other benefits and services appropriate under 18 USC § 3624(d).

                Respectfully submitted,

                /s/  David R. Treimer

David R. Treimer
Attorney for Defendant
601 Brady Street, Suite 211
Davenport, Iowa  52803-5251
(563) 323-7889
(563) 323-9309 facsimile

Copies to:

John Mehocko
US Attorney's Office
1830 2nd Ave.
Rock Island, Il

PROOF OF SERVICE

the undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed in the pleadings on, by: April 9, 2008.

| ☐ U. S. Mail | Hand Delivered | ☐ Facsimile # | ☐ Overnight Mail | X☐ **CM_ECF** |

BY:   /s/David R. Treimer