E-FILED
Wednesday, 30 April, 2008   08:43:58 AM
Clerk, U.S. District Court, ILCD

Honorable Joe B. McDade,

**FILED**
APR 3 0 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Hi Your Honor, how are you doing Sir? This is LeVar M Crawford, and the reason that it is i am writing to you today is this. I was recently told by my Attorney David Treimer that the court has granted our request to have my motion for reduction of sentencing pursuant to the crack cocaine amendment consider after/or at the same time as my rule 35 hearing. So, first of all, i would like the court to know that i am truly thankful for its ruling. I would also like for the court to know that due to the fact that i am on a court writ for the southern distict of Iowa, that i am unavailable to send in my transcripts documenting my behavior as well as my educational progress. I just would like the court to know that since the last time that i wrote and sent transcripts and certificates in that i have continued in my quest for rehabilitation, just as i told the court i would. I ask for the court to consider all of the progress that i have made in make their decision on my sentencing reduction. Your Honor, due to the fact that i am now done in my cooperation with the government and is more than likely on my way back to my

institution sometime here in the next couple weeks. I ask that if its possible and is no strain on the court or the government to have any hearings while i am still here in the area. The motion for my rule 35 was filed a couple years back, so i've just being wait for a hearing date to be set. I would like to thank the court for its time and consideration God Bless!

Respectfully

*LeVar Crawford*
LeVar Crawford