E-FILED
Wednesday, 21 May, 2008  09:36:09 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>LEVAR MONTEZ CRAWFORD,<br><br>    Defendant. | No. 03CR40023<br>Hon. Joe B. McDade<br>United States District Judge,<br>Presiding |

**AMENDED MOTION TO REDUCE SENTENCE**

   NOW COMES the Defendant, LEVAR MONTEZ CRAWFORD, by his court-appointed undersigned attorneys, Richard H. Parsons, Federal Public Defender for the Central District of Illinois and Jonathan E. Hawley, First Assistant Federal Public Defender, moving this Honorable Court pursuant to 18 U.S.C. § 3582(c)(2) for an order reducing the defendant's term of imprisonment, and in support thereof states the following:

   1.   The Defendant pleaded guilty on May 8, 2003, to one count of conspiracy to distribute crack cocaine in violation of 21 U.S.C. § 846 and § 841(b)(1)(A).

   2.   The offense carried a 20-year statutory mandatory minimum penalty due to the government's filing of an 851 Notice of enhancement.  *See* PSR at paragraph 3.

   3.   At sentencing, the defendant was held accountable for 3,047 grams of crack cocaine and 5.4 kilograms of marijuana.  Using the drug equivalency table in the Guidelines in effect at the time, these amounts equated to 60,945.4 kilograms of marijuana.  This amount resulted in a Base Offense Level of 38.

4.  With 3-level downward adjustment for acceptance of responsibility, the Defendant's Total Offense Level was 35.

5.  At sentencing, this court found the Defendant's Criminal History Category to be VI, resulting in a guideline range of 292-365 months.

6.  This court imposed a sentence of 292 months, the bottom of the range.

7.  Under Amendment #706 to the United States Sentencing Guidelines as made retroactive by Amendment #711, the Defendant's Base Offense Level is now determined as follows:  First, the Base Offense Level is determined for only the crack cocaine involved in the offense.  Specifically, for 3,047 grams of crack cocaine, the Base Offense Level is 36.  Using the amended drug equivalency table for crack cocaine found at Note 10(D)(II) to U.S.S.G. § 2D1.1, at Base Offense Level 36, one gram of crack cocaine is equivalent to 6.7 kg of marijuana.  Thus, the crack cocaine is equivalent to 20,414.9 kg of marijuana.  The marijuana remains the same at 5.4 kilograms.  Adding all the marijuana equivalency amounts together yields 20,420.30 kg of marijuana, for a Base Offense Level of 36 (between 10,000 to 30,000 kg of marijuana). With a Base Offense Level of 36, and with the same adjustments made at his original sentencing hearing, his Total Offense Level is 33, his criminal history category remains at VI, and his new guideline range is 235-293 months**.**  However, because of the 240-month mandatory minimum, the lowest sentence this Court can impose is **240 months imprisonment**.

8.  The Defendant's current release date as calculated by the Bureau of Prisons is April 9, 2024.

9.  Undersigned counsel is aware of no institutional adjustment or public safety factors which would warrant denial of this motion.

10. The United States Attorney's Office and the United States Probation Office have

no objection to this motion.

WHEREFORE, the Defendant, LEVAR MONTEZ CRAWFORD, respectfully requests that this Honorable Court GRANT the Defendant's motion to reduce sentence and enter an Amended Judgment and Conviction sentencing the defendant to 240 months imprisonment.

LEVAR M. CRAWFORD, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:    s/ Jonathan E. Hawley
_____
JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney John K. Mehochko.

s/ Jonathan E. Hawley
_____
JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898

E-mail: jonathan_hawley@fd.org