## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 03-40023 |
| LEVAR MONTEZ CRAWFORD, | ) |
| Defendant. | ) |

## **O R D E R**

Before the Court is the Amended Motion to Reduce Sentence [Doc. 33] pursuant to 18 U.S.C. § 3582(c)(2) for an order reducing Defendant's term of imprisonment. The motion is GRANTED.

IT IS HEREBY ORDERED that the sentence of imprisonment is hereby REDUCED to 240 months. This Order is subject to the prohibition contained within U.S.S.G. § 1B1.10(b).

The Clerk is directed to enter the Order Regarding Motion for Reduction Pursuant to 18 U.S.C. § 3582(c)(2). All other terms of the extant judgment to remain in force.

ENTERED this  11th  day of June, 2008.

 s/Joe B. McDade 
JOE BILLY McDADE
United States District Judge