E-FILED  
Friday, 20 June, 2008 02:28:31 PM  
Clerk, U.S. District Court, ILCD

➲AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the  
Central District of Illinois



FILED  
JUN 17 2008  
CLERK OF THE COURT  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Levar Montez Crawford | ) Case No: 03-40023-001 |
| | ) USM No: 13105-026 |
| Date of Previous Judgment: 09/10/2003 | ) David Treimer |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:  
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __292__ months **is reduced to** __240 months__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 | |
| Criminal History Category: | VI | Criminal History Category: | VI | |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 235 to 293 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.  
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.  
☐ Other (explain):

### III. ADDITIONAL COMMENTS

This Order is subject to the prohibition contained within U.S.S.G. § 1B1.10(b).

Except as provided above, all provisions of the judgment dated __09/10/2003__ shall remain in effect.  
**IT IS SO ORDERED.**

Order Date: __06/17/2008__            S/Joe B. McDade  
                                                          Judge's signature

Effective Date: _____            Joe B. McDade, U.S. District Judge  
(if different from order date)                  Printed name and title