E-FILED
Tuesday, 08 July, 2008 11:23:11 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **USA** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 03-40023** |
| **Levar M. Crawford** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** CCA Leavenworth at Leavenworth, KS.

     **WE COMMAND** that you produce the body of **Levar Montez Crawford**, Register No. **13105-026**, who is in your custody at CCA Leavenworth before the United States District Court on **Friday, 8/1/08 at 11:15am** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

     **WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

DATED: 7/8/08

                                  PAMELA E. ROBINSON, CLERK
                                  UNITED STATES DISTRICT COURT
                                     S/Denise Koester
BY: _____
                                     Deputy Clerk