E-FILED
Friday, 08 August, 2008  08:37:34 AM
Clerk, U.S. District Court, ILCD

FILED
AUG 8 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Honorable Judge Joe B. McDade,

    Hey Your Honor, how are you? Fine i truly hope. As for myself i am good also.

    Well Your Honor, the reason that i am writing you is to let you know that i really appreicate your ruling. Now i would be tell a lie if i said that i didn't wish that i could have gotten more out the deal. But truth be told Your Honor, i prayed to God that his will and not mine be done. And i said that whatever is the out come, i'll be content with it. Now of course, i would have liked to go home or even be a little closer than i am on going. But i've come to realize with the help of God that just because we think we're ready doesn't mean that we're ready. And that your Honor, is what i want to be when i leave up out of here. Because i have responsibilities now. And not just to my family and friends, but to my community as well. Your Honor, they say "when you know better you should do better." Well i know better now, and its my duty to teach those who come after me better!

    Well Your Honor, you take care of yourself and i'll do the same. God Bless you

    Sincerely,
    LeVar Crawford