E-FILED
Thursday, 28 August, 2008 02:32:30 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 28 2008
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

To: Office of the Clerk

From: LeVar M. Crawford

To whom it may concern, i am writing in regards to a sentence reduction that i received on 8-01-08 by Judge Joe B. McDade. I had a sentence of 240 month that was suppose to be reduced to a 120 months. I haven't gotten any legal documents confirm this reduction to present to the unit staff here at my institution nor has there been any change on the computer concerning my sentence reduction. So i ask the court respectfully, if it is possible to please send me something in the form of a legal document confirm this reduction in sentence. And if that is not possible, could you send me something giving me a time frame as to when i could look for that change in my sentence to take place.

Thank you for your time & consideration

Respectfully Submitted,

LeVar M. Crawford